1

2

3

4

5

6

7

8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13   RONALD MOORE,                                     CASE NO. CV F 13-0365 LJO SKO

14                      Plaintiff,                     **ORDER AFTER SETTLEMENT**
                                                       (Doc. 12.)
15           vs.

16   ABBY ARCO, INC., et al.,

17                      Defendants.
     _____/_____

18

19          Plaintiff's counsel notified this Court that settlement has been reached among all parties.

20   Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 10, 2013,**

21   to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why

22   the action has not been dismissed.

23          This Court VACATES all pending matters and dates, including the June 18, 2013 scheduling

24   conference, which is subject to immediate resetting if settlement is not completed timely.

25          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

26   parties who contributed to violation of this order.   *See* Local Rules 160 and 272.   This Court

27

28

1    ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and

2    this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

3

4

5

6

7    IT IS SO ORDERED.

8    Dated:    **June 7, 2013**                    _____/s/ Lawrence J. O'Neill_____

9                                                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28