1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE, | Case No.  1:13-cv-00365-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| ABBY ARCO, INC., a California corporation, dba ARCO #54453; JARNAIL SINGH; | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff RONALD MOORE and Defendants ABBY ARCO, INC., a California corporation, dba ARCO #54453, and JARNAIL SINGH, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: June 11, 2013                                MOORE LAW FIRM, P.C.


                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorneys for Plaintiff,
                                                   Ronald Moore

*Moore v. Abby Arco, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

| | |
|---|---|
| Date: June 11, 2013 | */s/ Bruce A. Neilson* <br> Bruce A. Neilson <br> Attorneys for Defendants, <br> Abby Arco, Inc., a California corporation, dba ARCO #54453, and Jarnail Singh |

### **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **June 11, 2013** | **/s/ Lawrence J. O'Neill** <br> UNITED STATES DISTRICT JUDGE |

*Moore v. Abby Arco, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 2